■ MARTIN GOLD, Appellant, v SQUADRON, ELLENOFF, PLESENT & LEHRER et al., Respondents. [732 NYS2d 565] —Order, Supreme Court, New York County, (Louis York, J.), entered January 5, 2001, unanimously affirmed for the reasons stated by York, J., with costs and disbursements. No opinion. Concur—Tom, J. P., Rubin, Buckley and Marlow, JJ.